WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 05506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964
Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>FODOR FAMILY TRUST<br><br>Defendant | Case No.: 2:18-cv-00077-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS [ECF NO. 7] AND MOTION TO EXPUNGE LIS PENDENS [ECF NO. 8]** |

COMES NOW, Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST. ("Plaintiff" or "U.S. Bank"), by and through its attorneys of record, Edgar C. Smith, Esq., and Rock K. Jung, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Defendant, FODOR FAMILY TRUST (hereinafter "Fodor"), by and through its counsel of record, Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq. of the Law Offices of Michael F. Bohn, Esq., Ltd., and hereby stipulate and agree as follows:

WHEREAS on January 12, 2018, Plaintiff filed its Complaint against Defendant Fodor seeking quiet title and declaratory relief concerning the real property located at 751 Palo Verde Circle, #2, Las Vegas, Nevada 89119 (APN 162-27-111-012), purportedly sold at a non-judicial foreclosure sale on December 18, 2012, to Defendant in satisfaction the HOA's lien for unpaid assessments.

1    WHEREAS on February 16, 2018, FODOR filed a Motion to Dismiss [ECF No. 7] and a Motion to Expunge Lis Pendens [ECF No. 8].

WHEREAS the deadline for Plaintiff to file a response to FODOR's Motion to Dismiss and Motion to Expunge Lis Pendens is currently set for March 2, 2018.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiff to file a response to FODOR's Motion to Dismiss should be extended to March 16, 2018.

IT IS FURTHER STIPULATED AND AGREED that the deadline for Plaintiff to file a response to FODOR's Motion to Expunge Lis Pendens should be extended to March 16, 2018.

DATED this 2nd day of March, 2018.

| **WRIGHT, FINLAY & ZAK, LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
|---|---|
| */s/ Rock K. Jung, Esq.* | */s/ Michael F. Bohn, Esq.* |
| EDGAR C. SMITH, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 05506 | Nevada Bar No. 1641 |
| E-Mail: esmith@wrightlegal.net | E-Mail: mbohn@bohnlawfirm.com |
| ROCK K. JUNG, ESQ. | ADAM R. TRIPPIEDI, ESQ.. |
| Nevada Bar No. 10906 | Nevada Bar No. 12294 |
| E-Mail: rjung@wrightlegal.net | E-Mail: atrippiedi@bohnlawfirm.com |
| 7785 W. Sahara Ave., Suite 200 | 376 East Warm Springs Road, Suite 140 |
| Las Vegas, Nevada 89117 | Las Vegas, NV 89119 |
| *Attorneys For: U.S. Bank Trust N.A., as Trustee for LSF8 Master Participation Trust* | *Attorneys For: Fodor Family Trust* |

## **ORDER**

**IT IS SO ORDERED.**

Dated this  2  day of March, 2018.

                                Gloria M. Navarro, Chief Judge
                                UNITED STATES DISTRICT COURT