|   |                                                                                    |
|---|------------------------------------------------------------------------------------|
|   | **UNITED STATES DISTRICT COURT**                                                   |
|   | **DISTRICT OF NEVADA**                                                             |

| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, | ) ) ) ) | Case No.: 2:18-cv-0077-GMN-GWF |
|---|---|---|
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| FODOR FAMILY TRUST, | ) ) | |
| Defendant. | ) ) | |

Pending before the Court is the Motion to Amend and Correct the Complaint, (ECF No. 20), filed by Plaintiff U.S. Bank Trust, N.A. ("Plaintiff"). For the reasons discussed below, the Court **GRANTS** Plaintiff's Motion to Amend.

**I.  BACKGROUND**

Plaintiff originally filed this lawsuit on January 12, 2018. (Compl., ECF No. 1). On May 17, 2018, Plaintiff filed a Motion to Amend and Correct the Complaint. (ECF No. 20). Defendant did not file a response, and the deadline to do so has passed.

**II.  DISCUSSION**

Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." D. Nev. R. 7-2(d). Given Defendant's failure to file an opposition, the Court grants the Motion pursuant to Local Rule 7-2(d).

## III. CONCLUSION

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend and Correct the Complaint, (ECF No. 20), is **GRANTED**.

**IT IS FURTHER ORDERED** that the pending Motion to Dismiss, (ECF No. 7), and the pending Motion to Expunge Lis Pendens, (ECF No. 8), are **DENIED without prejudice** as moot.

**DATED** this __11__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
United States District Judge