WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 05506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964
Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> FODOR FAMILY TRUST <br><br> Defendant | Case No.:   2:18-cv-00077-GMN-GWF <br><br> **STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |

COMES NOW, Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST. ("Plaintiff" or "U.S. Bank"), by and through its attorneys of record, Edgar C. Smith, Esq., and Rock K. Jung, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Defendant, FODOR FAMILY TRUST (hereinafter "Fodor"), by and through its counsel of record, Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq. of the Law Offices of Michael F. Bohn, Esq., Ltd., and hereby stipulate and agree to extend discovery and dispositive motion deadlines.

**A.      DISCOVERY COMPLETED**

1.      Plaintiffs' Initial, First and Second Supplemental Disclosures.

2.      Plaintiff's Subpoena Duces Tecum to Palo Verde Homeowners Association and Kirby C. Gruchow, Jr., Esq. of Leach Johnson Song & Gruchow.

3.      Defendant Fodor Family Trust's written discovery (interrogatories, requests for production and requests for admission) to Plaintiff.

4.      Defendant Fodor Family Trust's Initial Disclosures.

5.      Plaintiff's responses to Fodor Family Trust's written discovery (requests for production, requests for admission, interrogatories).

6.      Plaintiff's Expert Disclosure

7.      Plaintiff's written discovery (interrogatories, requests for production and requests for admission) to Fodor Family Trust.

8.      Defendant Fodor Family Trust's responses to Plaintiffs' written discovery (requests for production, requests for admission, interrogatories).

9.      Deposition of Kirby C. Gruchow, Jr., Esq. of Leach Johnson Song & Gruchow.

**B.      DISCOVERY THAT REMAINS TO BE COMPLETED**

1.      Deposition of Defendant Fodor Family Trust.

2.      Deposition of Palo Verde Circle Trust.

3.      Deposition of Palo Verde Homeowners Association, Inc.

4.      Plaintiff's written discovery (interrogatories, requests for production and requests for admission) to Palo Verde Homeowners Association, Inc..

**C.  REASON WHY DISCOVERY HAS NOT BEEN COMPLETED**

Good cause and excusable neglect justify an extension of the deadlines at this time. Plaintiff recently filed its First Amended Complaint on July 12, 2018 which brought in a new Defendant, Palo Verde Homeowners Association, Inc. ("HOA").  The HOA was recently served on July 23, 2018.  It is anticipated that the HOA will be desirous of participating and completing discovery of their own.

///

///

///

///

///

### D.  PROPOSED PRE-TRIAL DEADLINES AND DISCOVERY SCHEDULE

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Discovery Cut-Off | August 15, 2018 | December 14, 2018 |
| Motions to Amend Pleadings/Add Parties | May 17, 2018 | N/A |
| Expert Disclosures | June 18, 2018 | N/A |
| Rebuttal Expert Disclosures | July 16, 2018 | N/A |
| Dispositive Motions | September 14, 2018 | January 14, 2019 |
| Joint Pre-Trial Order | October 15, 2018 | April 12, 2019 |

### E.  CURRENT TRIAL DATE

A trial date is not currently set for this matter.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

**F. CONCLUSION**

Accordingly, for good cause shown and excusable neglect, the parties respectfully request that the Court enter the accompanying order to extend the aforementioned discovery and dispositive motion deadlines in this matter.

IT IS SO STIPULATED.

DATED this 25th day of July, 2018.

WRIGHT, FINLAY & ZAK, LLP

/s/ Rock K. Jung, Esq.
EDGAR C. SMITH, ESQ.
Nevada Bar No. 05506
E-Mail: esmith@wrightlegal.net
ROCK K. JUNG, ESQ.
Nevada Bar No. 10906
E-Mail: rjung@wrightlegal.net
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
Attorneys For: U.S. Bank Trust N.A.,
as Trustee for LSF8 Master Participation Trust

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

/s/ Michael F. Bohn, Esq.
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
E-Mail: mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ..
Nevada Bar No. 12294
E-Mail: atrippiedi@bohnlawfirm.com
376 East Warm Springs Road, Suite 140
Las Vegas, NV 89119
Attorneys For: Fodor Family Trust

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATED: 7/26/2018

4