1  LIPSON NEILSON P.C.
   JOSEPH P. GARN, ESQ.
2  Nevada Bar No. 6653
   DAVID A. CLARK
3  Nevada Bar No. 4443
   9900 Covington Cross Drive, Ste. 120
4  Las Vegas, Nevada 89144
   (702) 382-1500 phone
5  (702) 382-1512 fax
   jgarin@lipsonneilson.com
6  dclark@lipsonneilson.com

7  *Attorneys for Palo Verde
   Homeowners Association, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>FODOR FAMILY TRUST; PALO VERDE HOMEOWNERS ASSOCIATION, INC.,<br><br>Defendants. | CASE NO.: 2:18-cv-00077-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT FOR QUIET TITLE AND DECLARATORY RELIEF**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Defendant PALO VERDE HOMEOWNERS ASSOCIATION, INC. ("Palo Verde HOA") shall have through and including **August 17, 2018**, within which to file and serve a response to Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust's First Amended Complaint for Quiet Title and Declaratory Relief. This is the first request for extension from the original due date of August 13th, 2018.

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the continuance is that the undersigned counsel for Palo Verde HOA has just recently been retained and would need more time to evaluate and to respond to Plaintiff's Complaint. The parties

have entered into an agreement in good faith and not for purposes of delay.

DATED this 6th day of August, 2018.    DATED this 6th day of August, 2018.

WRIGHT FINLAY & ZAK, LLP    LIPSON NEILSON P.C.

*/s/ Rock K. Jung*    */s/ David A. Clark*
_____    _____
EDGAR C. SMITH, ESQ.    JOSEPH P. GARIN, ESQ.
NEVADA BAR NO. 05506    NEVADA BAR NO. 6653
ROCK K. JUNG, ESQ.    DAVID A CLARK
NEVADA BAR NO. 10906    NEVADA BAR NO. 4443
7785 West Sahara Avenue, Suite 200    9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89117    Las Vegas, NV 89144

*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*    *Attorneys for Defendant, Palo Verde Homeowners Association, Inc.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8/10/2018