WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 05506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964
Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>FODOR FAMILY TRUST; PALO VERDE HOMEOWNERS ASSOCIATION, INC.,<br><br>Defendants. | Case No.: 2:18-cv-00077-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO DEFENDANT PALO VERDE HOMEOWNERS ASSOCIATION, INC.'S MOTION TO DISMISS [ECF No's 35 and 36]** |

COMES NOW, Plaintiff, U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST. ("Plaintiff" or "U.S. Bank"), by and through its attorneys of record, Edgar C. Smith, Esq., and Rock K. Jung, Esq. of the law firm of Wright, Finlay & Zak, LLP, and Defendant, FODOR FAMILY TRUST (hereinafter "Fodor"), by and through its counsel of record, Michael F. Bohn, Esq. and Adam R. Trippiedi, Esq. of the Law Offices of Michael F. Bohn, Esq., Ltd., and Defendant Palo Verde Homeowners Association, Inc. ("HOA"), by and through its attorneys of record Joseph P. Garn, Esq. and David A. Clark, Esq. of the law firm of Lipson Neilson, P.C., hereby stipulate and agree as follows:

WHEREAS on August 17, 2018, the HOA filed a Motion to Dismiss [ECF No. 35] or Motion for Summary Judgment [ECF No. 36].

WHEREAS the deadline for Plaintiff to file a response to the HOA's Motion to Dismiss is currently set for August 31, 2018.

WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Plaintiff to file a response to Defendant Palo Verde Homeowners Association's Motion to Dismiss, currently set for August 31, 2018 should be extended to September 14, 2018.

DATED this 30th day of August, 2018.

| | |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.** |
| /s/ Rock K. Jung, Esq. | /s/ Adam R. Trippiedi, Esq. |
| EDGAR C. SMITH, ESQ. | MICHAEL F. BOHN, ESQ. |
| Nevada Bar No. 05506 | Nevada Bar No. 1641 |
| E-Mail: esmith@wrightlegal.net | E-Mail: mbohn@bohnlawfirm.com |
| ROCK K. JUNG, ESQ. | ADAM R. TRIPPIEDI, ESQ.. |
| Nevada Bar No. 10906 | Nevada Bar No. 12294 |
| E-Mail: rjung@wrightlegal.net | E-Mail: atrippiedi@bohnlawfirm.com |
| 7785 W. Sahara Ave., Suite 200 | 2260 Corporate Circle, Suite 480 |
| Las Vegas, Nevada 89117 | Henderson, NV 89074 |
| *Attorneys For: U.S. Bank Trust N.A., as Trustee for LSF8 Master Participation Trust* | *Attorneys For: Fodor Family Trust* |

LIPSON NEILSON P.C.

*David A. Clark, Esq.*
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
DAVID A. CLARK, ESQ.
Nevada Bar No. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Defendant Palo Verde Homeowners Association*

## **ORDER**

**IT IS SO ORDERED.**

Dated this __4__ day of September, 2018.

Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

2