LIPSON NEILSON P.C.
JOSEPH P. GARN, ESQ.
Nevada Bar No. 6653
DAVID A. CLARK
Nevada Bar No. 4443
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 phone
(702) 382-1512 fax
jgarin@lipsonneilson.com
dclark@lipsonneilson.com

*Attorneys for Palo Verde
Homeowners Association, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>FODOR FAMILY TRUST; PALO VERDE HOMEOWNERS ASSOCIATION, INC.,<br><br>Defendants. | CASE NO.: 2:18-cv-00077-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED by and between the parties through their respective counsels that Defendant PALO VERDE HOMEOWNERS ASSOCIATION, INC. ("Palo Verde HOA") shall have through and including **May 20, 2019**, within which to file and serve a response to Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust's Second Amended Complaint for Breach of Contract and Breach of Implied Covenant of Good Faith and Fair Dealing. This is the first request for extension from the original due date of May 6, 2019.

Pursuant to Local Rule IA 6-1(a), the parties state the reason for the continuance is that the parties are actively discussing settlement and have agreed to a two-week

extension of time to file responsive pleadings in order to avoid further litigation costs. The parties have entered into an agreement in good faith and not for purposes of delay.

DATED this 3rd day of May, 2019.

WRIGHT, FINLAY & ZAK, LLP

/s/ Rock K. Jung
ROBERT A. REITHER, ESQ.
NEVADA BAR No. 12076
ROCK K. JUNG, ESQ.
NEVADA BAR No. 10906
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada 89117

*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust*

DATED this 3rd day of May, 2019.

LIPSON NEILSON P.C.

/s/ David A. Clark
JOSEPH P. GARIN, ESQ.
NEVADA BAR No. 6653
DAVID A CLARK
NEVADA BAR No. 4443
9900 Covington Cross Drive, Suite 120
Las Vegas, NV 89144

*Attorneys for Defendant, Palo Verde Homeowners Association, Inc.*

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/6/2019