1  LIPSON NEILSON P.C.
   JOSEPH P. GARN, ESQ.
2  Nevada Bar No. 6653
   DAVID A. CLARK
3  Nevada Bar No. 4443
   9900 Covington Cross Drive, Ste. 120
4  Las Vegas, Nevada 89144
   (702) 382-1500 phone
5  (702) 382-1512 fax
   jgarin@lipsonneilson.com
6  dclark@lipsonneilson.com

7  *Attorneys for Palo Verde*
   *Homeowners Association, Inc.*

8

## UNITED STATES DISTRICT COURT

9

## DISTRICT OF NEVADA

10

| | |
|---|---|
| 11  U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, | CASE NO.: 2:18-cv-00077-GMN-GWF |
| 12 | |
| 13                    Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR BREACH OF CONTRACT AND BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING** |
| 14      vs. | |
| 15  FODOR FAMILY TRUST; PALO VERDE HOMEOWNERS ASSOCIATION, INC., | |
| 16 | |
| 17                    Defendants. | **(SECOND REQUEST)** |

18          IT IS HEREBY STIPULATED by and between the parties through their respective

19  counsels that Defendant PALO VERDE HOMEOWNERS ASSOCIATION, INC. ("Palo

20  Verde HOA") shall have through and including **June 10, 2019**, within which to file and

21  serve a response to Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master

22  Participation Trust's Second Amended Complaint for Breach of Contract and Breach of

23  Implied Covenant of Good Faith and Fair Dealing. This is the second request for

24  extension from the original due date of May 6, 2019.

25          Pursuant to Local Rule IA 6-1(a), the parties state the reason for the continuance

26  is that the parties are actively discussing settlement and have agreed to a three-week

27  extension of time to file responsive pleadings in order to avoid further litigation costs

28  and in view of the upcoming holiday week-end. The parties have entered into an

**Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

agreement in good faith and not for purposes of delay.

DATED this 20th day of May, 2019.          DATED this 20th day of May, 2019.

WRIGHT, FINLAY & ZAK, LLP          LIPSON NEILSON P.C.


*/s/ Robert A. Riether* _____          */s/ David A. Clark* _____
ROBERT A. RIETHER, ESQ.          JOSEPH P. GARIN, ESQ.
NEVADA BAR NO. 12076          NEVADA BAR NO. 6653
ROCK K. JUNG, ESQ.          DAVID A CLARK
NEVADA BAR NO. 10906          NEVADA BAR NO. 4443
7785 West Sahara Avenue, Suite 200          9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89117          Las Vegas, NV 89144

*Attorneys for Plaintiff, U.S. Bank Trust,*          *Attorneys for Defendant, Palo Verde*
*N.A., as Trustee for LSF8 Master*          *Homeowners Association, Inc.*
*Participation Trust*


**ORDER**

IT IS SO ORDERED.

_____

UNITED STATES MAGISTRATE JUDGE

DATED: ___5/23/2019_____

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512