LIPSON NEILSON P.C.
JOSEPH P. GARN, ESQ.
Nevada Bar No. 6653
DAVID A. CLARK
Nevada Bar No. 4443
9900 Covington Cross Drive, Ste. 120
Las Vegas, Nevada 89144
(702) 382-1500 phone
(702) 382-1512 fax
jgarin@lipsonneilson.com
dclark@lipsonneilson.com

*Attorneys for Palo Verde
Homeowners Association, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PALO VERDE HOMEOWNERS ASSOCIATION, INC.,<br><br>Defendants. | CASE NO.: 2:18-cv-00077-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF8 MASTER PARTICIPATION TRUST, and Defendant. PALO VERDE HOMEOWNERS ASSOCIATION, INC. ("HOA"), by and through their attorneys of record, that the above-entitled action shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own respective attorney's fees and costs.

| | |
|---|---|
| DATED this 19 day of August, 2019.<br>WRIGHT, FINLAY & ZAK, LLP<br><br>_/s/_<br><br>ROBERT A. RIETHER, ESQ.<br>NEVADA BAR NO. 12076<br>ROCK K. JUNG, ESQ.<br>NEVADA BAR NO. 10906<br>7785 West Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br><br>*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF8 Master Participation Trust* | DATED this 20 day of August, 2019.<br>LIPSON NEILSON P.C.<br><br>_/s/_<br><br>JOSEPH P. GARIN, ESQ.<br>NEVADA BAR NO. 6653<br>DAVID A CLARK<br>NEVADA BAR NO. 4443<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, NV 89144<br><br>*Attorneys for Defendant, Palo Verde Homeowners Association, Inc.* |

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation for Dismissal with Prejudice, (ECF No. 63), is **GRANTED.**

**DATED** this 26 day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT